FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2016 JUN 22 AM 10: 56

CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

JAMES EDWARD DIXON, III and )
JAMES DEREE SMITH, individually )
and on behalf of others )
similarly situated, )
)
    Plaintiff, )
)
v. ) CASE NO. CV414-151
)
PRIDE INTEGRATED SERVICES and )
NAKIYA BLAKE, )
)
    Defendant. )
)

## O R D E R

Before the Court is the parties' Stipulation of Dismissal Without Prejudice. (Doc. 45.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing "a stipulation of dismissal signed by all parties who have appeared." As requested, Plaintiffs' claims in this case are **DISMISSED WITHOUT PREJUDICE**. Each party in this action shall bear its own costs and attorney fees. As a result of dismissal, Plaintiffs' Motion to Remand (Doc. 11), and Defendants' Motions to Dismiss (Doc. 21; Doc. 22) and Motion for Status Conference (Doc. 40) are **DISMISSED AS MOOT**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 22ND day of June 2016.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA